# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 09-602-(12) |
| | : | |
| GREGORY GRAHAM | : | |

## ORDER

**AND NOW**, this 23rd day of August, 2021, upon consideration of Defendant Gregory Graham's Motion for Release (ECF No. 988), the government's Response in Opposition (ECF No. 997), and the government's Supplemental Response in Opposition (ECF No. 1008), and for the reasons stated in the Court's accompanying Memorandum, it is hereby **ORDERED** that Mr. Graham's Motion for Release is **DENIED** without prejudice.

It is **FURTHER ORDERED** that Defendant Gregory Graham's original Motion for Release (ECF No. 986) is hereby **DENIED AS MOOT** given his withdrawal of that Motion upon the filing of his subsequent Motion (*see* ECF No. 988 at 1).

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.